UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:24-cv-00694-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

MELBOURNE HOTEL XL OWNER LLC
a Foreign Limited Liability Company
d/b/a HILTON MELBOURNE RIALTO
PLACE HOTEL

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, MELBOURNE HOTEL XL OWNER LLC, a Foreign Limited Liability Company, d/b/a HILTON MELBOURNE RIALTO PLACE HOTEL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED June 11, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Paul De Boe** |
| Gregory S. Sconzo, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No.: 0105553 | Florida Bar Number 52051 |

| | |
|---|---|
| Sconzo Law Office, P.A. | OGLETREE, DEAKINS, NASH, |
| 3825 PGA Boulevard, Suite 207 | SMOAK & STEWART, P.C. Two Datran |
| Palm Beach Gardens, FL 33410 | Center |
| Telephone: (561) 729-0940 | 9130 S. Dadeland Boulevard |
| Facsimile: (561) 491-9459 | Suite 1625 |
| Email: greg@sconzolawoffice.com | Miami, Florida 33156 |
| Email: perri@sconzolawoffice.com | Telephone: 305.374.0506 |
| Attorney for Plaintiff | Facsimile: 305.374.0456 |
| | paul.deboe@ogletreedeakins.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**