UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:24-cv-00694-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

MELBOURNE HOTEL XL OWNER LLC
a Foreign Limited Liability Company
d/b/a HILTON MELBOURNE RIALTO
PLACE HOTEL

    Defendant(s).
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, MELBOURNE HOTEL XL OWNER LLC, a Foreign Limited Liability Company, d/b/a HILTON MELBOURNE RIALTO

PLACE HOTEL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against MELBOURNE HOTEL XL OWNER LLC, a Foreign Limited Liability Company, d/b/a HILTON MELBOURNE RIALTO PLACE HOTEL; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED June 19, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo**<br>Gregory S. Sconzo, Esq.<br>Florida Bar No.: 0105553<br>Sconzo Law Office, P.A.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 729-0940<br>Facsimile: (561) 491-9459<br>Email: greg@sconzolawoffice.com<br>Email: alexa@sconzolawoffice.com<br>Attorney for Plaintiff | By: **/s/ Paul De Boe**<br>Paul J. De Boe, Esq.<br>Florida Bar Number 52051<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. Two Datran Center<br>9130 S. Dadeland Boulevard<br>Suite 1625<br>Miami, Florida 33156<br>Telephone: 305.374.0506<br>Facsimile: 305.374.0456<br>paul.deboe@ogletreedeakins.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**